HENSON *v.* MALVERN.

Opinion delivered July 7, 1930.

*Oscar Barnett,* for appellant.

PER CURIAM. Ernest Henson was convicted of transporting intoxicating liquors in the city of Malvern. He was a taxicab driver in that city. It was proved that one of his passengers had a one-half pint bottle of whiskey in his pocket while riding in the defendant's cab, but it was not shown that the defendant participated in the act or had any knowledge of it. Therefore the judgment is reversed, and the case is remanded with directions to discharge the defendant.